USCA Case #13-1095  Document #1428594  Filed: 04/01/2013  Page 1 of 5

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| NATIONAL RURAL ELECTRIC COOPERATIVE ASSOCIATION,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Respondent. | No. 13-1095 |

## PETITION FOR REVIEW

Pursuant to Rule 15 of the Federal Rules of Appellate Procedure, Circuit Rule 15, and section 307(b)(1) of the Clean Air Act, 42 U.S.C. § 7607(b)(1), the National Rural Electric Cooperative Association hereby petitions this Court for review of the final rule of respondent United States Environmental Protection Agency under the Clean Air Act entitled, "National Emission Standards for Hazardous Air Pollutants for Reciprocating Internal Combustion Engines; New Source Performance Standards for Stationary Internal Combustion Engines," published at 78 Fed. Reg. 6674 (Jan. 30, 2013).

Respectfully submitted,

William L. Wehrum
Aaron M. Flynn
HUNTON & WILLIAMS LLP
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
(202) 955-1500
wwehrum@hunton.com
aflynn@hunton.com
*Counsel for the National Rural Electric Cooperative Association*

Dated: April 1, 2013

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| NATIONAL RURAL ELECTRIC COOPERATIVE ASSOCIATION )<br>)<br>)<br>)<br>Petitioner, )<br>)<br>v. ) No.<br>)<br>UNITED STATES ENVIRONMENTAL )<br>PROTECTION AGENCY, )<br>)<br>Respondent. )<br>) | |

## RULE 26.1 DISCLOSURE STATEMENT OF PETITIONER NATIONAL RURAL ELECTRIC COOPERATIVE ASSOCIATION

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Circuit Rule 26.1, petitioner National Rural Electric Cooperative Association ("NRECA") files the following statement:

NRECA is the national association of rural electric cooperatives. NRECA does not have a parent corporation, and no publicly held corporation owns 10 percent or more of its stock.

Respectfully submitted,

*[signature]*

William L. Wehrum
Aaron M. Flynn
HUNTON & WILLIAMS LLP
2200 Pennsylvania Ave., N.W.
Washington, D.C. 20037
(202) 955-1500
wwehrum@hunton.com
aflynn@hunton.com
*Counsel for the National Rural Electric Cooperative Association*

Dated: April 1, 2013

# CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April 2013, the foregoing Petition for Review and Rule 26.1 Corporate Disclosure Statement of Petitioner National Rural Electrical Cooperative Association have been served by first-class mail, postage prepaid, on each of the following:

The Honorable Bob Perciasepe
Acting Administrator
U.S. Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Ave., NW
Washington, D.C. 20460

The Honorable Eric H. Holder, Jr.
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

Correspondence Control Unit
Office of General Counsel
U.S. Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Ave., NW
Washington, D.C. 20460

_____
William L. Wehrum